

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00450-CV

Steve **FREY** and Lisa Frey,
Appellants

v.

**CST PROPERTIES, LLC**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-08055
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order denying the application for a temporary injunction is AFFIRMED.

We ORDER that CST Properties, LLC recover its costs of this appeal from Steve Frey and Lisa Frey.

SIGNED February 26, 2014.

_____
Luz Elena D. Chapa, Justice